732

New York Telephone Company, Respondent, v Supervisor of Town of Oyster Bay et al., Appellants, et al., Defendants. (And a Third-Party Action.) (Action No. 1.)

New York Telephone Company, Respondent, v Supervisor of Town of Oyster Bay et al., Appellants, et al., Defendants. (And a Third-Party Action.) (Action No. 2.)

Submitted December 6, 2004; decided December 16, 2004

Motion by Association of Towns of the State of New York for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

The People of the State of New York, Respondent, v Carlos Caban, Appellant.

Submitted December 6, 2004; decided December 16, 2004

Motion, treated as one for assignment of counsel, granted only to the extent that Robert J. Boyle, Esq., 350 Broadway, Suite 308, New York, NY 10013 is assigned without fee to represent appellant on the appeal herein. Counsel may, however, apply for reimbursement of necessary disbursements incurred in connection with the assignment, subject to the limitations contained in section 500.10 (c) of the Rules of the Court of Appeals (22 NYCRR 500.10 [c]).

The People of the State of New York, Respondent, v Michael Johnson, Appellant.

Submitted December 6, 2004; decided December 16, 2004

Motion for assignment of counsel granted and Laura Johnson, Esq., Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.